Marzo 31, 2005

Honorable Juez Cerezo

A través de esta moción quisiera se me considere a base del comportamiento obtenido desde que comenze la probatoria, ser evaluado para poder finalizarla antes de mi fecha de terminación. Hasta el momento he cumplido 26 meses de los 36 que me fueron sentenciados de probatoria, no he tenido ningún problema en este tiempo. Respetuosamente solicito esta consideración ya que fuera de gran ayuda para mi por las siguientes razones:

Tengo 2 niñas, la mayor de 9 años y la menor de 6 años, por las cuales he estado en pleito de custodia y por mi condición actual no he tenido el visto bueno por el tribunal, ya que la probatoria me es obstáculo para poder tener la custodia de mis hijas. Actualmente la madre de los niños tiene un referido con fundamento por parte del Departamento de la familia por supuesto maltrato y he tenido que ir al tribunal en varias ocaciones por este problema de mis hijas. Me encuentro muy preocupada por la inestabilidad en la que se encuentran los niños y quisiera tener la oportunidad de terminar la probatoria para poder resolver esta situación ya que es la probatoria la que me impide tener buenos resultados. No quisiera darle más tiempo a este asunto porque para luego podría ser tarde para poder resolver esta situación.

A pesar de las circunstancias me he propuesto como meta terminar mis estudios los cuales comenze hace 1 año y he aprobado con buenas calificaciones, solo me faltan 29 créditos lo cual equivale aprox. 1 año más a tiempo completo. Actualmente me encuentro trabajando en Autoridad de Carreteras en el cual llevo 2 años y medio.

En este trabajo comenze cuando me encontraba en la Half-way house donde estuve 8 meses y 4 meses de Home-confiment y le doy gracias a Dios que desde que estoy libre no he tenido ningún tipo de problema y un buen comportamiento. Entiendo que se me ha dado la oportunidad de progresar y estoy seguro que no la voy a desperdiciar, pues tengo 2 hijos que dependen de mi.
Antes lo aquí expresado solicito la consideración a dicha petición.

Humilde y Respetuosamente
Irving Torres González