Abril 4, 2005

Honorable Juez Cerezo:

A través de esta moción quisiera me considere a base del comportamiento obtenido desde que comenzé la probatoria, a ser evaluado para poder finalizarla antes de la fecha de terminación. Hasta el momento he cumplido 26 meses de los 36 que me fueron sentenciados de probatoria, no he tenido ningún problema en este tiempo. Respetuosamente solicito esta consideración ya que me fuera de gran ayuda para mí, por las siguientes razones:

Tengo 2 niñas, la mayor de 9 años y la menor de 6 años, por las cuales he estado en pleito de custodia y por mi condición actual no he tenido el visto bueno por el tribunal, ya que la probatoria me es obstáculo para poder obtener la custodia de mis hijas. Actualmente la madre de las niñas tiene un referido con fundamento por parte del Departamento de la familia por supuesto maltrato y he tenido que ir al tribunal en varias ocaciones por este problema de mis hijas. Me encuentro muy preocupado por la inestabilidad en la que se encuentran las niñas y quisiera tener la oportunidad de terminar la probatoria para poder resolver esta situación ya que es la probatoria la que me impide tener buenos resultados. No quisiera darle más tiempo a este asunto porque para luego podría ser tarde para poder resolver esta situación. A pesar de las circunstancias me he propuesto como meta terminar mis estudios los cuales comenzé hace 1 año y he aprobado con buenas calificaciones, solo me faltan 29 créditos lo cual equivale aprox. 1 año más a tiempo completo. Actualmente me encuentro trabajando en Autoridad de Carreteras en el cual llevo 2 años y medio. En este trabajo comenzé cuando me encontraba en

la Half-way house donde estuve 8 m. y 4 meses de Home-confiment y le doy gracias a Dios que desde que estoy en la libre comunidad no he tenido ningún tipo de problema y un buen comportamiento. Entiendo so me ha dado la oportunidad de progresar y estoy seguro que no la voy a desperdiciar, pues tengo 2 hijas que dependen de mi.

Antes lo aquí expresado, solicito la consideración a dicha petición.

Humilde y Respetuosamente
Irving Torres González